FILED
December 16, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:15-MJ-00235-CKD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| RICHARD LOPEZ, ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release RICHARD LOPEZ, Case No. 2:15-MJ-00235-CKD, Charge 21 USC § 841(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__    Release on Personal Recognizance

✔    Bail Posted in the Sum of $ 25,000 (co-signed)

  ✔    Unsecured Appearance Bond

  __    Appearance Bond with 10% Deposit

  __    Appearance Bond with Surety

  __    Corporate Surety Bail Bond

  ✔    (Other)    With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on December 16, 2015 at _____ pm.

By _____
Allison Claire
United States Magistrate Judge