BENJAMIN B. WAGNER
United States Attorney
Jason Hitt
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD LOPEZ,<br><br>Defendant. | CASE NO. 2:15-MJ-0235 CKD<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Richard LOPEZ, by and through his counsel Kyle Knapp, Esq., that good cause exists to extend the preliminary hearing currently set for January 6, 2016, at 2:00 p.m. to January 21, 2016, pursuant to Rule 5.1(d) of the Federal Rule of Criminal Procedure

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the defense counsel must review the initial production of discovery. Initial discovery has been produced by the government to each counsel. In addition, there is a related case of <u>United States v. Villanueva, et al.</u>, Case No. 2:15-MJ-00238 AC, that will be joined with this case for the anticipated presentation to the Grand Jury. For these reasons, the defendant agrees that a continuance of the preliminary hearing date will not prejudice him.

1   The parties further stipulate that the ends of justice are served by the Court excluding time from
2   January 6, 2016, to January 21, 2016, so that counsel for the defendant may have reasonable time
3   necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
4   § 3161(h)(7)(B)(iv).  Specifically, the defense agrees that it needs time to review discovery and
5   effectively evaluate the posture of the case, and conduct investigation into any possible defenses he may
6   have to the charges.  Id.  For these reasons, the defendant, defense counsel, and the government stipulate
7   and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy
8   trial.  18 U.S.C. § 3161(h)(7)(A); Local Code T4.

10  DATED: January 5, 2016           /s/Jason Hitt
                                     JASON HITT
11                                   Assistant U.S. Attorney

12  DATED: January 5, 2016           /s/Jason Hitt for Mr. Knapp
                                     KYLE KNAPP, ESQ.
13                                   Counsel for defendant
                                     RICHARD LOPEZ
14                                   Authorized to sign for Mr. Knapp
                                     on 1-5-16

**O R D E R**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing in <u>United States v. Lopez</u>, Case No. 2:15-MJ-0235 CKD from January 5, 2016, to January 21, 2016, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d); and

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the interest of the public and the defendant in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv).  Accordingly, time under the Speedy Trial Act shall be excluded up to and including January 21, 2016.

**IT IS SO ORDERED.**

DATED: _January 6, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE